In The 



Court of Appeals



Ninth District of Texas at Beaumont


________________



NO. 09-09-00049-CV


 _____________________



TRIESTE INVESTMENTS, L.L.P., Appellant



V.



WELDON W. ALDERS, Appellees






On Appeal from the 253rd District Court


Liberty County, Texas


Trial Cause No. CV 73473






MEMORANDUM OPINION



 The appellant, Trieste Investments, L.L.P., filed a motion to dismiss this appeal. The
motion is voluntarily made by the appellant prior to any decision of this Court. See Tex. R.
App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss
the appeal. 

 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice

Opinion Delivered July 16, 2009

Before McKeithen, C.J., Gaultney and Horton, JJ.